

**NUMBER 13-06-00610-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BERTHA RODRIGUEZ,**                                        **Appellant,**

**v.**

**PETE GARCIA, JR., M.D.,**                                        **Appellee.**

---

**On appeal from the 28th District Court of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on January 25, 2007, due to the bankruptcy of one of the parties to this appeal.  *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.  Since the abatement there has been no activity in this appeal.  On April 22, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

The parties have failed to respond.  Accordingly, we reinstate and dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and filed
this the 4th day of June, 2009.